982 A.2d 1220

COMMONWEALTH of Pennsylvania, Respondent

v.

Ala IBRAHIM, Petitioner.

No. 124 EM 2009.

Supreme Court of Pennsylvania.

Oct. 26, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of October, 2009, the Petition for Extension of Time to File Petition for Allocatur, treated as a Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc,* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.